No. 94–226. FLORIDA BAR *v.* WENT FOR IT, INC., ET AL. C. A. 11th Cir. [Certiorari granted, 512 U. S. 1289.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 94–367. HEINTZ ET AL. *v.* JENKINS. C. A. 7th Cir. [Certiorari granted, *ante*, p. 959.] Motion of Commercial Law League of America for leave to participate in oral argument as *amicus curiae* denied.

No. 94–7284. IN RE ROEMER;
No. 94–7355. IN RE BOND; and
No. 94–7406. IN RE CARSON ET AL. Petitions for writs of habeas corpus denied.

No. 94–928. IN RE ANDERSON ET AL. Petition for writ of mandamus denied.

No. 94–413. KNOX *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–442. BOSTON POST ROAD LIMITED PARTNERSHIP *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–451. HOLLAND *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–511. FLORIDA ROCK INDUSTRIES, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–527. BELLA *v.* CHAMBERLAIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–534. OLIVAS *v.* BOEH. C. A. 9th Cir. Certiorari denied.

No. 94–538. BOERS ET AL. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. C. A. 9th Cir. Certiorari denied.